UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v.                                       )<br>)<br>JOHN CARROLL, JR.,             )<br>)<br>          Defendant.              ) | CRIMINAL ACTION<br>NO. 09-10213 |

ORDER

October 26, 2009

SOROKIN, M. J.

    Defendant John Carroll had his initial appearance in this Court on September 25, 2009. At that time, defendant, then serving a sentence imposed by the Commonwealth of Massachusetts which subsequently has expired, invoked his rights under the Interstate Agreement on Detainers. The United States moved to detain the defendant effective upon his release from state custody. With the agreement of all counsel, the Court scheduled both Defendant's arraignment and the detention hearing for October 2, 2009.

    The defendant was arraigned on October 2, 2009. At the request of counsel for the defendant, the Court continued the detention hearing to October 8, 2009. Defendant objected to the exclusion under the IAD speedy trial clock of any time elapsing after September 25, 2009. The Court directed the parties to brief the issue with defendant's brief due on October 13, 2009 and the government's response one week thereafter.

    On October 8, 2009, the Court held the detention hearing at the conclusion of which defendant requested an opportunity to submit proposed conditions of release by October 22,

2009.  To date, counsel has not filed any proposed conditions of release.  In addition, neither counsel has filed the briefs regarding the exclusion of time under the IAD.  In the meantime, Judge Saris has scheduled trial in this case to commence on November 30, 2009.

In light of the November 30th trial date and the November 24, 2009 Pretrial Conference, the Court hereby reschedules the November 16, 2009 Status Conference to October 29, 2009 at 2:45 p.m.

      /s/ Leo T. Sorokin
LEO T. SOROKIN
UNITED STATES MAGISTRATE JUDGE